IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DIGI PORTAL LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **NEWS AMERICA MARKETING DIGITAL LLC,** <br><br> Defendant. | CIVIL ACTION NO. 19-cv-01624-MN <br><br> **JURY TRIAL DEMANDED** <br><br> **PATENT CASE** |

## NOTICE OF SETTLEMENT AND STIPULATION TO STAY

The Parties have agreed to settle the above-captioned matter, subject to the completion of terms and conditions specified in the Parties' settlement agreement. Pursuant to the terms of the settlement agreement, Plaintiff Digi Portal LLC ("Plaintiff") will request dismissal of this entire Action upon satisfaction of the conditions set forth therein.

In light of this settlement, the Parties, by and through their respective counsel, stipulate and respectfully request that the Court vacate Defendant News America Marketing Digital LLC ("Defendant")'s deadline to respond to Plaintiff's Complaint, which is due January 6, 2020, and stay the case for thirty (30) days with the understanding that Plaintiff will file a request for dismissal of the Action following completion of the conditional terms of settlement.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate Defendant's deadline to respond to Plaintiff's Complaint and stay the case for thirty (30) days to allow time to dismiss the case without incurring unnecessary expenses.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  January 6, 2020 | STAMOULIS & WEINBLATT LLC, |
| OF COUNSEL: | /s/ Stamatios Stamoulis |
|  | Stamatios Stamoulis |
| David R. Bennett | Stamoulis & Weinblatt LLC |
| Direction IP Law | 800 N. West Street, Third Floor |
| P.O. Box 14184 | Wilmington, DE 19801 |
| Chicago, IL 60614-0184 | stamoulis@swdelaw.com |
| (312) 291-1667 | 302.999.1540 |
| dbennett@directionip.com |  |
|  | *Attorneys for Plaintiff Digi Portal LLC* |

**SO ORDERED**, this _____ day of January, 2020.

_____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis
